UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| LANCE ADRIAN COLE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:16-CV-41 DDN |
| RICHARD GRIGGS, et al., | ) ) ) |
| Defendants, | ) |

## MEMORANDUM AND ORDER

Plaintiff moves the Court to reconsider its denial of his motion to appoint counsel. Plaintiff argues that he has not been able to conduct discovery, and he claims he needs counsel because he lacks legal knowledge. He has also submitted discovery materials to the Court.

The Court has not authorized plaintiff to conduct discovery. *See* E.D. Mo. L.R. 16 - 5.01, 16 - 5.04 (discovery in prisoner cases may not take place until Court enters a Case Management Order). Furthermore, neither the facts nor the legal issues are so complex as to warrant appointment of counsel.

Finally, plaintiff must not submit discovery materials to the Court, except as exhibits to a motion or memorandum. E.D. Mo. L.R. 26 – 3.02.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration [ECF No. 23] is **DENIED.**

Dated this 21st day of November, 2016.

DAVID D. NOCE
UNITED STATES MAGISTRATE JUDGE